| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Marshall Jr., Denzil P. | 2. Court or Organization Eastern District of Arkansas | 3. Date of Report 12/3/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Nominee | 5a. Report Type (check appropriate type) [✓] Nomination, Date 12/3/2009 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2008 to 11/30/2009 |
| 7. Chambers or Office Address Arkansas Court of Appeals Justice Building 625 Marshall Street Little Rock, Arkansas 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Employee—Part-Time Instructor | Arkansas State University, Department of Political Science |
| 2. Reporter | Arkansas Supreme Court Committee on Civil Practice |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | David Newbern, John J. Watkins, me, and West Services, Inc., the publisher of Arkansas Civil Practice and Procedure. Royalty division and co-author obligations. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2009 | State of Arkansas, Court of Appeals Judge salary | $126,395.70 |
| 2. 2009 | West Publishing, share of royalties from Arkansas Civil Practice and Procedure | $2,319.93 |
| 3. 2009 | Arkansas State University, salary for teaching a class | $1,436.54 |
| 4. 2008 | State of Arkansas, Court of Appeals Judge salary | $134,186.50 |
| 5. 2008 | Arkansas State University, salary for teaching a class | $2,000.00 |
| 6. 2008 | West Publishing, share of royalties from Arkansas Civil Practice and Procedure | $672.06 |
| 7. 2007 | State of Arkansas, Court of Appeals Judge salary | $131,555.46 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2009 | Niche Publications & Creative LLC, magazine publishing and graphic design (gross) |
| 2. 2009 | Arkansas State University, salary for teaching |
| 3. 2009 | Jonesboro Public Schools, wages for substitute teaching |
| 4. 2008 | Niche Publications & Creative LLC, magazine publishing and graphic design (gross) |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

5. _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Regions Bank | unsecured note and line of credit | J |
| 2. Corning Printing Company | Niche Publications & Creative LLC/spouse debt for printing | K |
| 3. Bank of America | Niche Publications & Creative LLC/spouse credit card | None |
| 4. AT&T Universal Card | Niche Publications & Creative LLC/spouse credit card | None |
| 5. Washington Mutual | Niche Publications & Creative LLC/spouse credit card | None |
| 6. Citibank | Niche Publications & Creative LLC/spouse credit card | None |
| 7. First Equity | Niche Publications & Creative LLC/spouse credit card | None |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lot 15B, Marshall Estates, Jonesboro, Arkansas | | None | K | W | Exempt | | | | |
| 2. Lot 14B, Marshall Estates, Jonesboro, Arkansas | | None | K | W | | | | | |
| 3. Niche Publications & Creative LLC (Spouse) | | None | K | W | | | | | |
| 4. Mineral Rights, Arkansas and Jefferson Counties, AR | | None | K | W | | | | | |
| 5. Regions Bank | A | Interest | J | T | | | | | |
| 6. Liberty Bank of Arkansas | A | Interest | J | T | | | | | |
| 7. DPM Self-Directed IRA, Liberty Bank of Arkansas, Custodian | C | Int./Div. | M | T | | | | | |
| 8. --Liberty Bank of Arkansas Money Market Fund | | | | | | | | | |
| 9. --Fidelity Overseas Pacific Basin Fund | | | | | | | | | |
| 10. --Vanguard Fixed Income Securities Fund | | | | | | | | | |
| 11. --Vanguard Index Trust 500 Fund | | | | | | | | | |
| 12. --AT&T Inc. | | | | | | | | | |
| 13. --Apple Inc. | | | | | | | | | |
| 14. --Nucor Corporation | | | | | | | | | |
| 15. --Pepsico Inc. | | | | | | | | | |
| 16. --Toyota Motor Corp. | | | | | | | | | |
| 17. --Visa Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marshall Jr., Denzil P. | 12/3/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --J Crew Group Inc. | | | | | | | | | |
| 19. DPM Self-Directed IRA, Liberty Bank of Arkansas, Custodian | E | Distribution | | | | | | | |
| 20. Fidelity College Savings Plan for Child #1 | B | Int./Div. | J | T | | | | | |
| 21. Fidelity College Savings Plan for Child #2 | B | Int./Div. | J | T | | | | | |
| 22. Arkansas Judicial Retirement Plan (unvested account) | A | Int./Div. | K | W | | | | | |
| 23. TIAA-CREF #1 | B | Int./Div. | J | T | | | | | |
| 24. --CREF Stock | | | | | | | | | |
| 25. --CREF Money Market | | | | | | | | | |
| 26. TIAFF-CREF #2 (all in CREF Money Market) | A | Int./Div. | J | T | | | | | |
| 27. Liberty Bancshares, Inc. Stock | | None | K | T | | | | | |
| 28. Bank of America Fair Fund | A | Distribution | | | | | | | |
| 29. Alliance Capital Management Fair Fund | A | Distribution | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 3 | 253 | Notes payable to banks-secured | | 7 | 114 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | 8 | 073 |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 160 | 187 |
| Real estate owned-add schedule | | 355 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 55 | 000 | Credit Cards | | 6 | 455 |
| Cash value-life insurance | | | | Niche - (Spouse business liabilities) | | 33 | 527 |
| Other assets itemize: | | | | First Baptist Church Pledges | | 4 | 296 |
| College Savings Plans | | 18 | 697 | Harvard Law School Fund Pledge | | | 100 |
| Niche Publications (Spouse business assets) | | 20 | 384 | | | | |
| IRA—see schedule | | 165 | 576 | | | | |
| Arkansas Judicial Retirement Account | | 19 | 556 | Total liabilities | | 219 | 752 |
| TIAA-CREFF | | 2 | 176 | Net Worth | | 419 | 890 |
| Total Assets | | 639 | 642 | Total liabilities and net worth | | 639 | 642 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | YES | | |
| On leases or contracts -- | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

## AFFIDAVIT

I, **Denzil Price Marshall Jr.**, do swear that the information provided in this statement is, to the best of my knowledge, true and accurate.

_3 December 2009_
(DATE)

_DPMarshall Jr._
(NAME)

_[signature]_
(NOTARY)

**NANCY NELMS**
**NOTARY PUBLIC-STATE OF ARKANSAS**
**CRAIGHEAD COUNTY**
**MY COMMISSION EXPIRES 01-01-2019**